BELL v. STATE.

No. 15165.

Court of Criminal Appeals of Texas.
March 2, 1932.

P. B. Ward, of Cleburne, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for transporting intoxicating liquor, punishment being one year in the penitentiary.

The record is before this court without statement of facts or bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.

MORROW, P. J., absent.